UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT

| | |
|---|---|
| CARLOS M. BEAL | § |
| *Plaintiff* | § |
| | § |
| VS. | § |
| | § |
| 99 CENTS ONLY STORES, LLC. | § |
| 99 CENTS ONLY STORES | § |
| TEXAS, INC., UNIDENTIFIED | § |
| CO-DEFENDANT, UN-NAMED | §    CIVIL NO.: 4:22-CV-1260 |
| SECURITY ENTITY EMPLOYED | § |
| OR CONTRACTED BY THE | § |
| ABOVE-NAMED DEFENDANTS | § |
| AT THE ABOVE-NAMED | § |
| DEFENDANTS AT THE | § |
| LOCATION, DATE AND TIME | § |
| OF THE INCIDENT | § |
| *Defendants* | § |

## DEFENDANTS NOTICE OF REMOVAL

COMES NOW, 99 CENTS ONLY STORES LLC and 99 CENTS ONLY STORES TEXAS, INC., Defendants and files this their Notice of Removal pursuant to 28USC §Section 1446(a), and hereby removes this case from the 189th Judicial District Court in Harris County, Texas to the United States District for the Southern District of Texas.

Defendant denies the claims and damages alleged in Plaintiff's Affidavit and Petition and files this notice without waiving any claims, defenses, exceptions or obligations that may exist in its favor in State or Federal Court.

## I.
## INTRODUCTION

99 Cents Only Stores Texas, Inc. and 99 Cents Only Stores, LLC are Defendants in a civil action commenced on March 14, 2022 in the 189th District Court of Harris County, Texas. The style of the case is Carlos M. Beal vs. 99 Cents Only Stores, LLC and 99 Cents Only Stores Texas, Inc. and Unidentified Co-Defendant: Unnamed Security Entity employed or contracted by the above-named Defendants at the location, date and time of the incident. The cause number is 2022-15327 and this case will be referred to as the state court action.

Copies of all pleadings and orders served in the state court are attached along with the index of the state court documents.

The address for the Harris County District Court is 201 Caroline Houston, Texas 77002.

Plaintiff in the state court action is Carlos Beal and he is Pro Se. His address is 5900 Balcones Dr. # 100 Austin, Texas 78731. His phone number is (619)459-2488 and his email address is cmbeal@gmail.com.

99 Cents Only Stores Texas, Inc. and 99 Cents Only Stores, LLC are represented by Michael J. Griffin, III, GRIFFIN & GRIFFIN, 3003 South Loop West, Suite 206, Houston, Texas 77054, Tel. (713) 228-

6568; Email: Michael@griffinandgriffin.us.

Plaintiff has also sued an "Unidentified Co-Defendant"

## II.
## BASIS FOR REMOVAL

This case is being removed based on Diversity of Citizenship.

Defendants have filed an Answer in the State Court action.

The lawsuit was originally filed in Harris County, Texas on March 14, 2022. Defendant was served by certified mail on March 22, 2022. This notice of removal is filed within 30 days of the receipt of the citation and petition and is timely filed pursuant to 28 U.S.C. section 1446 (b)

### A. Diversity of Citizenship

The District Courts of the United States have original jurisdiction of this action based on Diversity of Citizenship among the parties. Every Defendant is now and was at the time this action was filed diverse in citizenship from the Plaintiff.

Plaintiff is a citizen of Texas.

Defendant, 99 CENTS ONLY STORES TEXAS, INC. is a Delaware Corporation with its principal place of business in California.

Defendant, 99 CENTS ONLY STORES, LLC is a California Corporation with its principal place of business in California. The sole member of the LLC is Numbers Holdings, Inc. which is a Delaware Corporation.

**B. Amount in Controversy in this action**

Exclusive of interests and costs the amount in controversy exceeds the sum of $75,000.00. In the State Court Action Plaintiff is asking for damages in an amount over $1,000,000.00 but no more than $5,000,000.00.

III.
**CONCLUSION**

Removal of the State Court Action is proper pursuant to 28 U.S.C. §Section 1441 since it is a Civil Action brought in the State Court and the Federal District Court has original jurisdiction over the subject matter under 28 U.S.C. §Section 1332(a) as Plaintiff and Defendants are diverse in citizenship.

WHEREFORE PREMISES CONSIDERED Defendants respectfully pray that the Court, pursuant to the statutes and in conformity with the requirements set forth in 28 U.S.C. §Section 1446, remove this action from the 189th District Court in Harris County, Texas to this Honorable Court in the Southern District of Texas.

Respectfully submitted,

Date: 04/20/2022

*Michael J. Griffin /s/*

_____

MICHAEL J. GRIFFIN III
SBN: 08463020
FEDERAL I.D. NO. 9661
**GRIFFIN & GRIFFIN**
3003 South Loop West, Suite 206
Houston, Texas 77054-1372
(713) 228-6568 Tel.
(713) 228-9900 Fax.
Michael@griffinandgriffin.us

**ATTORNEY FOR DEFENDANTS
99 CENTS ONLY STORES LLC AND
99 CENTS ONLY STORES TEXAS,
INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded to the following counsel of record by certified mail, return receipt requested, e-service, e-mail, facsimile transmission, and/or hand delivered by messenger, on this the 20th day of April 2022.

Carlos M. Beal, Pro Se
5900 Balcones Drive, Suite #100
Austin, Texas 78731
Tel. 619/459-2488
cmbeal12@gmail.com

Date: 04/20/2022

*Michael J. Griffin /s/*

MICHAEL J. GRIFFIN, III

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT

| | |
|---|---|
| CARLOS M. BEAL | § |
|     *Plaintiff* | § |
| | § |
| VS. | § |
| | § |
| 99 CENTS ONLY STORES, LLC. | § |
| 99 CENTS ONLY STORES | § |
| TEXAS, INC., UNIDENTIFIED | § |
| CO-DEFENDA~~NT, UN-NAMED~~ | §   ~~CIVIL NO.: 4:22-C~~V-1260 |
| SECURITY ENTITY EMPLOYED | § |
| OR CONTRACTED BY THE | § |
| ABOVE-NAMED DEFENDANTS | § |
| AT THE ABOVE-NAMED | § |
| DEFENDANTS AT THE | § |
| LOCATION, DATE AND TIME | § |
| OF THE INCIDENT | § |
|     *Defendants* | § |

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Fed. R. Civ. P.7.1, 99 CENTS ONLY STORES, LLC and

99 CENTS ONLY STORES TEXAS, INC., Defendants provides the

following information:

For a nongovernmental corporate party, the name(s) of its par-

ent corporation and any publicly held corporation that owns 10% or

more of its stock: Ares Management and CPP Investment Board.

A complete list of all persons, associations of persons, firms,

partnerships, corporations, guarantors, insurers, affiliates, parent

or subsidiary corporations, or other legal entities that are financially

interested in the outcome of the case:

99 CENTS ONLY STORES, LLC, 99 CENTS ONLY STORES TEXAS,

INC. and NUMBERS HOLDINGS, INC., Defendants, Michael J. Griffin,

III – Defendant's Attorney;

CARLOS M. BEAL – Plaintiff, Pro Se.

Respectfully submitted,

Date: 04/20/2022

*Michael J. Griffin /s/*

_____

MICHAEL J. GRIFFIN III
SBN: 08463020
FEDERAL I.D. NO. 9661
**GRIFFIN & GRIFFIN**
3003 South Loop West, Suite 206
Houston, Texas 77054-1372
(713) 228-6568 Tel.
(713) 228-9900 Fax.
Michael@griffinandgriffin.us

**ATTORNEY FOR DEFENDANTS**
**99 CENTS ONLY STORES LLC AND**
**99 CENTS ONLY STORES TEXAS,**
**INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded to the following counsel of record by certified mail, return receipt requested, e-service, e-mail, facsimile transmission, and/or hand delivered by messenger, on this the 20th day of April 2022.

Carlos M. Beal, Pro Se
5900 Balcones Drive, Suite #100
Austin, Texas 78731
Tel. 619/459-2488
cmbeal12@gmail.com

Date: 04/20/2022

*Michael J. Griffin* /s/

MICHAEL J. GRIFFIN, III

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT

| | | |
|---|---|---|
| CARLOS M. BEAL | § | |
| *Plaintiff* | § | |
| | § | |
| VS. | § | |
| | § | |
| 99 CENTS ONLY STORES, LLC. | § | |
| 99 CENTS ONLY STORES | § | |
| TEXAS, INC., UNIDENTIFIED | § | |
| CO-DEFENDANT, UN-NAMED | § | CIVIL NO.: 4:22-CV-1260 |
| SECURITY ENTITY EMPLOYED | § | |
| OR CONTRACTED BY THE | § | |
| ABOVE-NAMED DEFENDANTS | § | |
| AT THE ABOVE-NAMED | § | |
| DEFENDANTS AT THE | § | |
| LOCATION, DATE AND TIME | § | |
| OF THE INCIDENT | § | |
| *Defendants* | § | |

## LIST OF COUNSEL OF RECORD

Plaintiff in the State Court Action is Carlos M. Beal, Pro Se, 5900 Balcones Drive, Suite #100, Austin, Texas 78731, Tel. 619/459-2488, cmbeal12@gmail.com.

99 CENTS ONLY STORES LLC AND 99 CENTS ONLY STORES TEXAS, INC. is represented by Michael J. Griffin, III, SBN: 08463020, GRIFFIN & GRIFFIN, 3003 South Loop West, Suite 206, Houston, Texas 77054, Tel. 713/228-6568, Fax. 713/228-9900, Michael@griffinandgriffin.us.

Respectfully submitted,

Date: 04/20/2022

*Michael J. Griffin /s/*

_____

MICHAEL J. GRIFFIN III
SBN: 08463020
FEDERAL I.D. NO. 9661
**GRIFFIN & GRIFFIN**
3003 South Loop West, Suite 206
Houston, Texas 77054-1372
(713) 228-6568 Tel.
(713) 228-9900 Fax.
Michael@griffinandgriffin.us

**ATTORNEY FOR DEFENDANTS**
**99 CENTS ONLY STORES LLC AND**
**99 CENTS ONLY STORES TEXAS,**
**INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded to the following counsel of record by certified mail, return receipt requested, e-service, e-mail, facsimile transmission, and/or hand delivered by messenger, on this the 20th day of April 2022.

Carlos M. Beal, Pro Se
5900 Balcones Drive, Suite #100
Austin, Texas 78731
Tel. 619/459-2488
cmbeal12@gmail.com

Date: 04/20/2022

*Michael J. Griffin /s/*

_____

MICHAEL J. GRIFFIN, III

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT

| | | |
|---|---|---|
| CARLOS M. BEAL | § | |
| Plaintiff | § | |
| | § | |
| VS. | § | |
| | § | |
| 99 CENTS ONLY STORES, LLC. | § | |
| 99 CENTS ONLY STORES | § | |
| TEXAS, INC., UNIDENTIFIED | § | |
| CO-DEFENDANT, UN-NAMED | § | CIVIL NO.: 4:22-CV-1260 |
| SECURITY ENTITY EMPLOYED | § | |
| OR CONTRACTED BY THE | § | |
| ABOVE-NAMED DEFENDANTS | § | |
| AT THE ABOVE-NAMED | § | |
| DEFENDANTS AT THE | § | |
| LOCATION, DATE AND TIME | § | |
| OF THE INCIDENT | § | |
| Defendants | § | |

## INDEX OF DOCUMENTS TO BE FILED WITH NOTICE OF REMOVAL

1.  Plaintiff's Affidavit and Petition.

2.  Defendant's Original Answer filed on April 11, 2022;

3.  Return of Service on 99 Cents Only Stores LLC;

4.  Return of Service on Unnamed Security Entity.

P. 8

**2022 15327**  184th

---

(Case I.D. Number)

CARLOS M. BEAL

Plaintiff

-vs-

Defendants

99 CENTS ONLY STORES, LLC.,

99 CENTS ONLY STORES TEXAS, INC,

UNIDENTIFIED CO-DEFENDANT:
UN-NAMED SECURITY ENTITY
EMPLOYED OR CONTRACTED BY THE
ABOVE-NAMED DEFENDANTS AT THE
LOCATION, DATE AND TIME OF
THE INCIDENT

IN THE DISTRICT COURT

HARRIS COUNTY TEXAS

129th JUDICIAL DISTRICT

**FILED**
Marilyn Burgess
District Clerk

MAR 1 4 2022

Time: 11:00am

By Iliana Perez
Harris County, Texas
Deputy

## AFFIDAVIT AND PETITION

I, CARLOS BEAL, of Houston, in Harris, Texas, MAKE OATH AND SAY THAT:

1. **PLAINTIFF'S PRIOR ORIGINAL PETITION**
   **TO THE HONORABLE JUDGE OF SAID COURT:**
   At my request as Plaintiff, Carlos Beal, Atty. Brock C. Akers filed a petition regarding this
   matter originally on 4/28/2021 and it was recorded as Cause of Action number 2021-25258.
   At my request as Plaintiff, Carlos Beal, on 6/8/2021, Atty. Brock C. Akers filed and recorded a
   Motion for Non-Suit regarding dismissal of CASE 2021-25258 with the District Clerk Harris
   County.  On 6/8/2021 the JUDGE PRESIDING in Court: 129 in the District Court of Harris

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging.

Page 1 of 8

County, Texas, ORDERED, ADJUDGED, AND DECREED, Cause of Action number 2021-25258 "dismissed without prejudice to the reinstitution of the same".

## 2. PLAINTIFF'S REVISED PETITION
### TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff, Carlos Beal in Pro Se, and files this Revised Petition complaining of defendants, 99 CENTS ONLY STORES, LLC and 99 CENTS ONLY STORES TEXAS, INC. and UN-NAMED SECURITY ENTITY EMPLOYED by 99 CENTS STORES, AT THE LOCATION, NAMED ABOVE AS CO-DEFENDANT AT THE LOCATION, DATE, AND TIME OF THE INCIDENT, and respectfully shows this Honorable Court the following:

3.
## I.
### DISCOVERY CONTROL PLAN

Plaintiff intends to conduct Discovery under Level 2 of the Texas Rules of Civil Procedure and requests that the Court enter a
Level 2 Discovery Control Plan.

4.
## II.
### PARTIES AND SERVICE

Plaintiff, Carlos Beal, is an individual who resides in Harris County, Texas and may be served by and through his Registered Agent, Texan Registered Agent LLC, 5900 Balcones Drive, Suite #100, Austin, Tx, 78731.

Defendant, 99 CENTS ONLY STORES, LLC is a business entity which may be served by and through its Registered Agent, CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, TX 75201-3136.

Defendant, 99 CENTS ONLY STORES TEXAS INC. is a business entity which may be served by and through its Registered Agent, CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, TX 75201-3136.

Defendant, UNIDENTIFIED SECURITY ENTITY EMPLOYED BY 99 CENTS STORES TEXAS LLC and 99 CENTS STORES INC, at the time and location of the incident, will be PROPERLY NAMED after proper compliance has been executed pursuant to Rule 194.2 (a), (b).

5.
## III.
### JURISDICTION AND VENUE

This Court has jurisdiction because the amount in controversy is within the jurisdictional limits of the Court.  Venue is proper in Harris County because the incident made the basis of this suit occurred in Harris County.

Plaintiff seeks relief of over $1,000,000 but no more than $5,000,000.

6.                                                      **IV.**

**FACTS**

I Carlos Beal, Plaintiff, bring suit to recover damages for and on account of, an assault on my elder person which occurred on March 22, 2020, where I, the Plaintiff, a 72-year-old male was assaulted by a group of individuals, known to me, only as employees of the 99 Cents Only Stores. This elderly assault incident was reported, by me, to the Houston Police Department.  The matter is currently being investigated by the Houston Police Department as: Incident No. 0240316-22,
Title: Aggravated Assault.

7. On the afternoon of March 22, 2020, I, Carlos Beal went to the 99 Cent Only Store, where I had been a regular customer for over five years.  The precautions taken by various retail establishments to protect patrons and employees from the, then fairly new, Covid-19 Pandemic varied from place to place.  Defendant 99 Cents Only Stores put an employee at the entryway to monitor and limit the number of people who could be allowed to enter the store at any one time. I made my way to the front of the line after waiting my turn and spoke to the employee at the door about why entry was limited.  I was told that they were permitting only a certain number of customers in the store at one time due to the Pandemic.  The following can be corroborated by store security video, published and broadcast by Houston KPRC-ABC 13 News.  Store security video will show,  I politely waited in line just outside the door until another customer left the store, as others before me had done.  Concluding logically that when one customer left, another should be able to enter, I entered the store.  Suddenly, I was surrounded and physically accosted by several unidentified individuals.  The door monitor started screaming at me, and then three or four individuals, whom I assumed to be 99 Cents Only Store personnel, together and abruptly blocked my exit from the store, assaulted me on three sides, grabbed my arms and pulled them away from my chest, and then dragged me out the store through the store entrance.  I was thrown to the ground and held down with their hands on my chest, as a female kicked me in my scrotum, legs, anus and buttocks.  I later discovered from what was published and broadcast by Houston KPRC-ABC 13 News, as the 99 Cents Only Store Security Video of the assault, that this same female who had kicked me was identified as the store manager and had without my knowledge, attempted to attack me with a large knife.  All of the actions before, during and after the assault, were executed in the presence and in full view of an armed female security guard, in full

uniform, who can be seen on the store security video, standing and observing every action of store personnel from beginning to end from within a distance of a few feet of me on the store security video. The security guard did not participate in the supposed security issue relating to me, the Plaintiff, Carlos Beal. Neither did the security guard do anything to intervene or protect me, Plaintiff Carlos Beal, from the senseless violent acts of the 99 Cents Only Store employees. While still on the ground and trying to collect myself, one of my assailants screamed out that they were going to call the police. After picking myself up from the concrete pavement, I decided to report the assault on my person to the Houston Police Department from my home.

8. I began making my way to my car. The security guard followed me to the handicapped stall where I was parked, taking pictures of me as I got into my car. The security guard told me I should have told them my age. I did not understand her statement at the time.

9. Thereafter, and surprisingly, I learned that employees of the 99 Cents Only Store had called police to report the incident and had accused me of assaulting the employees.

10. The video captured by the store's security camera, and published by Houston KPRC-ABC 13 News, shows that the attack commenced immediately after I crossed the store entrance. It can be seen that I did nothing to provoke the excessive assault on my person. The attack was fast and coordinated. The security video will show that a 99 Cents Only Store employee blocked my access to the exit from the store entrance. While two other employees attacked me from the front and other side. My back was against merchandise stacked on the side of the store entrance. The security video plainly shows my empty hands and arms recoiled and on my chest in an effort to withdraw from the sudden, vicious, and unprovoked assault by multiple assailants, whom at that time I assumed were 99 Cents Store personnel. The assailants did not have uniforms, vests, or badges identifying themselves as store employees. However, they acted in concert with one another. At no time did the Security Guard intervene or address me in the store.

11. I immediately went the short distance to my residence and reported the occurrence to the Houston Police Department via the 911 emergency line. I briefly explained to the 911 operator what I had experienced and waited for the arrival of the police to take my report. Because I lived in an apartment complex behind security gates, I waited outside the security gates for the arrival of the police. When the police arrived, I introduced myself as the person who had called them. The officer confirmed my identity and placed me under arrest based on the false allegations of the 99 Cents Store employees. I was completely bewildered and surprised. The police officer was courteous to me, at all times.

12. I was taken back to the 99 Cents Only Store, under arrest in the rear of the patrol car, and positively identified through the police car window, by one of the female assailants.

13. I was taken to Harris County Jail, fingerprinted, and booked into the Harris County Jail. My 911 call to police will authenticate the time I called police and my arrest record will corroborate the approximate time of my call, which would have been within 30 minutes of the assault.

14. Now and for several years I have maintained an evening regimen of seven oral medications including Nitroglycerin tablets, to control congestive heart failure and persistent long-term hypertension. While I was detained at the Harris County Jail, I began to feel ill due to the overall stress of the situation as well as the lack of timely access to my daily regimen of medications. After two requests, I was taken to the jail infirmary where I was diagnosed with life-threatening extremely elevated blood pressure. As I recall, it was in excess of 200+Systolic with a Diastolic at or near 100. I was given two or perhaps three medications and remained reclined on a gurney in the jail infirmary for approximately three hours, after which time I was returned to holding, immediately interviewed, and released on my own recognizance to await trial. I reported to Court No. 4 on several occasions, as scheduled. Public session was postponed due to the Pandemic. On my third appearance, I was able to secure the services of a Public Defender.

15. Finally, after one year the case against me, listed as CAUSE NO. 230550301010, OFFENSE: ASSAULT-BODILY INJURY, was DISMISSED on MARCH 25, 2021, by the presiding Judge of Harris County Criminal Court at Law No. 4, Harris County, Texas, at the request of Edward Gomez, Assistant District Attorney, TBC No. 24104624.

16.                                                     **V.**

                                       **CAUSES OF ACTION**

At no time did I, Carlos Beal the plaintiff, verbally or physically threaten any individual. At no time did I refuse the direction of those employees claiming the right to limit entry to the store. I was never given the opportunity to exit the 99 Cents Only Store before I was viciously attacked. As such these facts give rise to various causes of action:

       1. Elderly Assault.

       2. Aggravated Assault.

       3. Malicious Prosecution.

       4. False imprisonment.

5. Conspiracy to Assault

6. Negligent management of this event which led to the improper, and unnecessary arrest of me, the Plaintiff, Carlos Beal, resulting in the violation of my civil rights.

7. Negligent management of this event, leading to the extreme threat to my physical health, life, and wellbeing, prior to and during the assault, and while under arrest.

8. Negligent hiring and training, of incompetent employees who caused and created this incident.

9. Negligent engagement or hiring and management of Security Personnel with the authority and duty to intervene in the prevention of this assault.

17.                                          **VI.**

**DAMAGES**

As a direct and proximate result of this elderly assault, malicious prosecution, wrongful imprisonment, and negligence, I, Carlos M. Beal the Plaintiff, suffered at the hands of the Defendants. I sustained, Harris County Jail, documented threats to my physical health, well-being, sustained extreme physical and mental stress, mental anguish, loss of wage-earning capacity, and expenses, including any past or future attorney fees, all of which I am entitled to recover. The amount of actual damages to be awarded to me, Carlos Beal is a matter which lies solely within the discretion of the jury but is most certainly in excess of the minimum jurisdictional requirement of this Honorable Court.

Additionally, the conduct I have described in this document is not the sort of which should ever be tolerated by people in the State of Texas. Accordingly, I, Carlos Beal, the Plaintiff, would show that I am entitled to recover exemplary and punitive damages from the Defendants for their malicious actions.

18.                                          **VII.**

**REQUESTS FOR DISCLOSURE**

Pursuant to TEXAS RULES OF CIVIL PROCEDURE, Rule 194.2, Initial Disclosures (2021), Defendants are requested to disclose, within 50 days of the date of this service request, the information or material described and required in Rule 194.2(a), (b).

19.                                     **VIII.**

                               **REQUEST FOR JURY TRIAL**

Plaintiff requests a jury trial and requests a waiver of the appropriate fee at this time with this
petition due to limited income below the current poverty level.

20.                                      **IX**

                                      **PRAYER**

WHEREFORE, I, CARLOS M. BEAL, Pro Se, pray that Defendants, 99 CENTS ONLY
STORES, LLC and 99 CENTS ONLY STORES TEXAS, Inc., and the UNIDENTIFIED
SECURITY ENTITY employed by THE ABOVE-NAMED DEFENDANTS AT THE
LOCATION AND TIME OF THE INCIDENT, be cited to appear and answer herein, and that
upon final trial of this cause, Plaintiff recover:

   1. Judgement against Defendants for Plaintiffs' damages as set forth above in an amount
within the jurisdictional limits of this court.

   2. Interest on the judgement at the legal rate from the date of judgment;

   3. Pre-judgement interest on Plaintiffs' damages as allowed by law;

   4. Attorney fees and Costs of Court; and

   5. Such other and further relief to which Plaintiff may be entitled.

Respectfully submitted

In Propria Persona,

**Carlos M. Beal**

        **TEXAN REGISTERED AGENT LLC**

21.     **5900 Balcones Drive, Suite #100,  Austin, Tx, 78731**

22.     phone **(619)-459-2488** / email - **cmbeal2@gmail.com**

STATE OF TEXAS

COUNTY OF HARRIS

SUBSCRIBED AND SWORN TO BEFORE
ME, on the ___14th___ day of
___March___ , ___2022___

Signature _____
(Seal)
NOTARY PUBLIC
My Commission expires:
___10-06-2024___

_____
(Signature)

CARLOS BEAL

DYSTANEE A. WHITFIELD
Notary Public, State of Texas
Comm. Expires 10-06-2024
Notary ID 132712803

4/11/2022 3:07 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 63459790
By: Ashley Lopez
Filed: 4/11/2022 3:07 PM

NO. 2022-15327

| | | |
|---|---|---|
| CARLOS M. BEAL | § | IN THE DISTRICT COURT |
|    *Plaintiff* | § | |
| | § | |
| VS. | § | |
| | § | |
| 99 CENTS ONLY STORES, LLC. | § | |
| 99 CENTS ONLY STORES | § | |
| TEXAS, INC., UNIDENTIFIED | § | |
| CO-DEFENDANT, UN-NAMED | § | 189TH JUDICIAL DISTRICT |
| SECURITY ENTITY EMPLOYED | § | |
| OR CONTRACTED BY THE | § | |
| ABOVE-NAMED DEFENDANTS | § | |
| AT THE ABOVE-NAMED | § | |
| DEFENDANTS AT THE | § | |
| LOCATION, DATE AND TIME | § | |
| OF THE INCIDENT | § | |
|    *Defendant* | § | HARRIS COUNTY, TEXAS |

## DEFENDANTS, 99 CENTS ONLY STORES, LLC and 99 CENTS ONLY STORES TEXAS, INC.'S ORIGINAL ANSWER

COMES NOW, 99 CENTS ONLY STORES, LLC and 99 CENTS ONLY STORES TEXAS, INC., Defendants in the above-entitled and numbered cause and in answer to Plaintiff's Petition would respectfully show unto the Court as follows:

I.

Defendants generally deny the allegations of the Petition and thus asserting the privilege of having such allegations proved by a preponderance of the evidence. Defendants will amend their answer

as necessary.

Defendant affirmatively pleads, contributory negligence, sudden emergency, self-defense, and that defendant made a good faith disclosure of the facts to law enforcement.

WHEREFORE, PREMISES CONSIDERED, Defendants pray that petitioner take nothing by reason of this suit, that the Defendants be discharged and that it go hence with its costs without delay, and for such other and further relief, both general and special, at law and in equity, to which it may show itself be justly entitled.

Respectfully submitted,

**GRIFFIN & GRIFFIN**

MICHAEL J. GRIFFIN III
SBN: 08463020
Michael@griffinandgriffin.us (no e-service)
MARILYN O. GRIFFIN
SBN: 08463020
Marilyn@griffinandgriffin.us (no e-service)
3003 South Loop West, Suite 206
Houston, Texas 77054-1372
(713) 228-6568 Tel.
(713) 228-9900 Fax.
E-service: eservice@griffinandgriffin.us

**ATTORNEYS FOR DEFENDANT
99 CENTS ONLY STORES TEXAS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded to the following counsel of record by certified mail, return receipt requested, e-service, e-mail, facsimile transmission, and/or hand delivered by messenger, on this the _11th_ day of April 2021, in compliance with Tex.R.Civ.P. 21:

Carlos E. Beal
5900 Balcones Drive, Suite 100
Austin, Texas 78731
Tel. 619/459-2488
cmbeal12@gmail.com

MICHAEL J. GRIFFIN III
MARILYN O. GRIFFIN

## Automated Certificate of eService

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Cynthia Montana on behalf of Michael Griffin III
Bar No. 08463020
cindy@griffinandgriffin.us
Envelope ID: 63459790
Status as of 4/12/2022 7:18 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| CARLOS M.BEAL | | cmbeal12@gmail.com | 4/11/2022 3:07:37 PM | SENT |

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

99 CENTS ONLY STORES LLC c/o
CT CORPORATION SYSTEM
1999 BRYAN STREET SUITE 900 DALLAS TX
75201 - 3136

9590 9402 5223 9122 0970 99

2. Article Number (Transfer from service label)
7014 9600 0004 0635 7297

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _George Martinez_   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

George Martinez    MAR 2 2 2022

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

2022 15 327  1816

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

UN-NAMED SECURITY ENTITY EMPLOYED
BY OR CONTRACTED BY CO-DEFENDANTS
1999 BRYAN STREET SUITE 900 DALLAS TX
75201 - 3136

9590 9402 5223 9122 0970 82

2. Article Number (Transfer from service label)

7016 1590 0001 0815 7303

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
George Martinez    MAR 2 2 2022

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below:    ☐ No

2022153527 189th

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt